**Paul R. LEWIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47818.**

Missouri Court of Appeals,
Western District.

Sept. 28, 1993.

Gary E. Brotherton, Office of State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing. Judgment affirmed. Rule 84.-16(b).